1  JEFFREY C. METZGER, ESQ., State Bar No. 96583
   LAW OFFICES OF JEFFREY C. METZGER
2  A Law Corporation
   23041 Mill Creek Drive
3  Laguna Hills, California 92653
   Telephone:    949- 454-1196
4  Facsimile:    949- 454-0830
5  E-Mail:       JMetzger@metzgerlaw.com

6  Attorney for Plaintiffs, DANIEL EVANS AND ROBERT EVANS

7  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
      A Limited Liability Partnership
8     Including Professional Corporations
9  PHILIP F. ATKINS-PATTENSON, Cal. Bar No. 94901
   Four Embarcadero Center, 17thFloor
10 San Francisco, California 94111-4109
   Telephone:    415-434-9100
11 Facsimile:    415-434-3947
12 E-Mail:       patkinspattenso@sheppardmullin.com

13 THOMPSON HINE LLP
   JACK F. FUCHS (*Pro Hac Vice*)
14 312 Walnut Street, Suite 1400
15 Cincinnati, Ohio 45202
   Telephone:    513-352-6741
16 Facsimile:    513-241-4771
   E-Mail:       Jack.Fuchs@ThompsonHine.com
17
18 Attorney for Defendant
   CLOPAY CORPORATION EMPLOYEE
19 BENEFIT PLAN

20

21                    UNITED STATES DISTRICT COURT

22                    EASTERN DISTRICT OF CALIFORNIA

23                         SACRAMENTO DIVISION

24

25

26

27

28

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| DANIEL EVANS, ROBERT EVANS,<br><br>    Plaintiffs,<br><br>vs.<br><br>CLOPAY CORPORATION EMPLOYEE BENEFIT PLAN; and DOES 1 thru 10 inclusive,<br><br>    Defendants. | CASE NO: 2:07-CV-01580-JAM-DAD<br><br>STIPULATION |

Pursuant to Local Rule 16-271, the parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program. The parties submit that mediation should take place during the next sixty days and that the current scheduling order can stay in place.

DATED: September 12, 2008

s/Jeffrey C. Metzger
Attorney for Plaintiff

s/Philip F. Atkins-Pattenson
Attorney for Defendant

IT IS SO ORDERED.

DATED: September 12, 2008

/s/ John A. Mendez
HON. JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

-2-

CASE NO: 2:07-CV-01580-JAM-DAD            STIPULATION
W02-WEST:FAP\401024228.1

PDF created with pdfFactory trial version www.pdffactory.com