1  JEFFREY C. METZGER, ESQ., State Bar No. 96583
   LAW OFFICES OF JEFFREY C. METZGER
2  A Law Corporation
   23041 Mill Creek Drive
3  Laguna Hills, California 92653
4  Telephone:   949- 454-1196
   Facsimile:   949- 454-0830
5  E-Mail:      JMetzger@metzgerlaw.com

6  Attorney for Plaintiffs, DANIEL EVANS AND ROBERT EVANS

7  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
      A Limited Liability Partnership
8     Including Professional Corporations
9  PHILIP F. ATKINS-PATTENSON, Cal. Bar No. 94901
   Four Embarcadero Center, 17thFloor
10 San Francisco, California 94111-4109
11 Telephone:   415-434-9100
   Facsimile:   415-434-3947
12 E-Mail:      patkinspattenso@sheppardmullin.com

13 THOMPSON HINE LLP
   JACK F. FUCHS (*Pro Hac Vice*)
14 312 Walnut Street, Suite 1400
15 Cincinnati, Ohio 45202
   Telephone:   513-352-6741
16 Facsimile:   513-241-4771
   E-Mail:      Jack.Fuchs@ThompsonHine.com
17
18 Attorney for Defendant
   CLOPAY CORPORATION EMPLOYEE
19 BENEFIT PLAN

20

21                 **UNITED STATES DISTRICT COURT**

22                 **EASTERN DISTRICT OF CALIFORNIA**

23                      **SACRAMENTO DIVISION**

W02-WEST:FAP\401029010.1                              STIPULATION

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| DANIEL EVANS, ROBERT EVANS,<br><br>Plaintiffs,<br><br>vs.<br><br>CLOPAY CORPORATION EMPLOYEE BENEFIT PLAN; and DOES 1 thru 10 inclusive,<br><br>Defendants. | CASE NO: 2:07-CV-01580-JAM-DAD<br><br>**ORDER GRANTING MOTION TO FILE ADMINISTRATIVE RECORD IN HARD COPY AND UNDER SEAL <u>PURSUANT TO E.D. CAL. L.R. 39-141</u>** |

Pursuant to E.D. Cal. L.R. 39-140(d) and E.D. Cal. L.R. 39-141, this Court **GRANTS** the consent motion filed by Defendant Clopay Corporation Employee Benefit Plan, Plan No. 602 for leave to file in unredacted form, in hard copy and under seal the 2,044 pages of medical records, employment information and benefits analysis that comprise the Administrative Record in this action for medical benefits filed under section 502(a)(1)(B) of the Employee Retirement Income Security Act of 1974, as amended ("ERISA"). Protection of the privacy of this information for Plaintiffs is in the public interest. Defendant Clopay Corporation Employee Benefit Plan, Plan No. 602 is directed to comply with E.D. Cal. L.R. 39-141 in giving notice of its filing of an unredacted copy of the Administrative Record in hard copy and under seal.

**IT IS SO ORDERED.**

DATED: September 18, 2008

/s/ John A. Mendez
HON. JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com