Jeffrey C. Metzger, Esq.  State Bar No. 96583
LAW OFFICES OF JEFFREY C. METZGER
A Law Corporation
23041 Mill Creek Drive
Laguna Hills, California 92653
Telephone: 949-454-1196
Facsimile:  949-454-0830
E-Mail:     Jmetzger@metzgerlaw.com
Attorney for Plaintiffs

SHEPPARD MULLIN, RICHTER & HAMPTON LLP
    A Limited Liability Partnership
    Including Professional Corporations
PHILIP F. ATKINS-PATTENSON, Cal. Bar No. 94901
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4109
Telephone: 415-434-9100
Facsimile:  415-434-3947
E-Mail:     patkinspattenso@sheppardmullin.com

THOMPSON HINE LLP
JACK F. FUCHS (*Pro Hac Vice*)
312 Walnut Street, Suite 1400
Cincinnati, OH 45202
Telephone: 513-352-6741
Facsimile:  513-241-4771
E-Mail      Jack.Fuchs@ThompsonHine.com
Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| DANIEL EVANS, ROBERT EVANS,<br><br>           Plaintiffs,<br><br>vs.<br><br>CLOPAY CORPORATION EMPLOYEE BENEFIT PLAN; and DOES 1 thru 10 inclusive,<br><br>           Defendants. | CASE NO.: 2:07-CV-01580-JAM-DAD<br><br>JOINT MOTION TO REQUEST VACATING OF PRE TRIAL CONFERENCE;  ORDER<br><br>Trial Date: January 12, 2009<br>Pre-Trial Conference: November 12, 2008<br>Complaint Filed: August 3, 2007 |

THE PARTIES jointly move as follows:

JOINT MOTION REQUEST VACATING OF PRETRIAL CONFERENCE
2:07-CV-01580-JAM-DAD                    **1**

WHEREAS, this action results from a denied claim for medical benefits under the Defendant employee benefit plan, as an incident of employment of Plaintiff Robert Evans by the Plan's sponsor, Clopay Corporation. Plaintiff Daniel Evans is the son of Robert Evans, and the claims that are the subject of this suit result from care provided to Daniel Evans. Plaintiffs contend that Daniel Evans is entitled to coverage as an eligible dependent. Defendant denies that Daniel Evans was an eligible dependent.

WHEREAS, the parties have recently stipulated to submitting this matter to the Voluntary Dispute Resolution Program, and the Court so ordered the referral on September 12, 2008.

WHEREAS, on May 16, 2008, the Court issued a Minute Order that stated in pertinent part: "In view of the reassignment of this action to Judge John A. Mendez, the Final Pretrial Conference is reset for 11/12/2008 at 4:00 PM. . . The parties joint pretrial statement shall be filed on or before 11/5/2008. Jury Trial is set for 1/12/2009 at 8:30 AM . . ."

WHEREAS, this action is governed by ERISA, such that it will be decided by a judicial review of the Administrative Record to determine whether the claim denial was proper under the applicable standard of review, and not by a jury. As such, the parties anticipate that the hearing on January 12, 2009 will consist of oral argument of approximately two to three hours in length. The "evidence" will consist of the Administrative Record, which will be filed by the Defendant in the next 30 days. The parties' briefing will consist of a summary of the Administrative Record applied to applicable law on appropriate standard of review and entitlement to benefits.

WHEREAS, because this case is a review of an Administrative Record, the matters for consideration under FRCP Rule 16 do not apply, and the parties propose the following briefing schedule, the parties request that the pre-trial conference on November 12, 2008 be vacated. In lieu thereof, the parties propose that Opening Briefs be served on or before October 22, 2008, and Reply Briefs be served on or

before November 12, 2008. With the Court's permission, the parties will file all briefs with the Court on or before December 1, 2008.

Dated: 9/17/2008         LAW OFFICES OF JEFFREY C. METZGER
                         A Law Corporation


                         s/Jeffrey C Metzger/s
                         JEFFREY C. METZGER, Esq.
                         Attorney for Plaintiffs

Dated: 9/17/2008         THOMPSON HINE LLP

                         s/Jack F. Fuchs/s
                         JACK F. FUCHS, Esq. (*Pro Hac Vice*)
                         Attorney for DEFENDANT, Clopay Corporation
                         Employee Benefit Plan

Dated: 9/17/2008         SHEPPARD MULLIN, RICHTER & HAMPTON


                         s/Philip F. Atkins-Pattenson/s
                         PHILIP F. ATKINS-PATTENSON,
                         Attorney for DEFENDANT, Clopay Corporation
                         Employee Benefit Plan

ORDER

IT IS HEREBY ORDERED as follows:

1. The final Pre-Trial Conference on November 12, 2008 is vacated.

2. The trial date of January 12, 2009 at 8:30 will remain on schedule as a one-half day hearing for judicial review of the Administrative Record.

3. For the hearing, the parties are ordered to serve Opening Briefs on or before October 22, 2008. Rebuttal Briefs are to be served on or before November 12, 2008. All briefs are to be filed with the Court on or before December 1, 2008.

DATED: September 19, 2008

/s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Judge