Jeffrey C. Metzger, Esq.  State Bar No. 96583
LAW OFFICES OF JEFFREY C. METZGER
A Law Corporation
23041 Mill Creek Drive
Laguna Hills, California 92653
Telephone: 949-454-1196
Facsimile:  949-454-0830
E-Mail:     Jmetzger@metzgerlaw.com
Attorney for Plaintiffs

SHEPPARD MULLIN, RICHTER & HAMPTON LLP
    A Limited Liability Partnership
    Including Professional Corporations
PHILIP F. ATKINS-PATTENSON, Cal. Bar No. 94901
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4109
Telephone: 415-434-9100
Facsimile:  415-434-3947
E-Mail:     patkinspattenso@sheppardmullin.com

THOMPSON HINE LLP
JACK F. FUCHS (*Pro Hac Vice*)
312 Walnut Street, Suite 1400
Cincinnati, OH 45202
Telephone: 513-352-6741
Facsimile:  513-241-4771
E-Mail      Jack.Fuchs@ThompsonHine.com
Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| DANIEL EVANS, ROBERT EVANS,<br><br>            Plaintiffs,<br><br>vs.<br><br>CLOPAY CORPORATION EMPLOYEE BENEFIT PLAN; and DOES 1 thru 10 inclusive,<br><br>            Defendants. | CASE NO.: 2:07-CV-01580-JAM-DAD<br><br>JOINT MOTION TO REQUEST CHANGE OF TRIAL DATE/HEARING FOR JUDGMENT ON ADMINISTRATIVE RECORD; ORDER<br><br>Trial Date: January 12, 2009<br>Complaint Filed: August 3, 2007 |

THE PARTIES jointly move as follows:

WHEREAS, the parties submitted a Joint Motion to seek a vacating of the Pre-Trial Conference that had been scheduled for November 12, 2008.

WHEREAS, the Court signed the Order on September 22, 2008.

WHEREAS, the Joint Motion stated that the parties were requesting the two to three hour January 12, 2009 hearing for judgment on the Administrative Record to remain as previously scheduled. However, Plaintiff's counsel has just realized that he had inadvertently made an error in that regard. Plaintiff's counsel's son is a musical theater acting student at New York University who will be graduating in December. On January 12, 2009, he will be giving his "Showcase" performance in New York City, an event to introduce himself to potential talent agents. Parents are invited and encouraged to attend. Plaintiff's counsel is scheduled to return to California on January 14, 2009.

WHEREAS, defense counsel have no objection to Plaintiff's request for a continuance of the hearing date, and join in this motion. As the previous Order requires briefing for the January 12 hearing to be completed and filed prior to December 1, 2008, the parties have no objection to the hearing date being moved up to the previous week of January 5, 2009, or continued to the following week of January 19, 2009.

Dated: 9/26/2008      LAW OFFICES OF JEFFREY C. METZGER
                      A Law Corporation


                      s/Jeffrey C Metzger/s
                      JEFFREY C. METZGER, Esq.
                      Attorney for Plaintiffs

Dated: 9/26/2008      THOMPSON HINE LLP

                      s/Jack F. Fuchs/s
                      JACK F. FUCHS, Esq. (*Pro Hac Vice*)
                      Attorney for DEFENDANT, Clopay Corporation
                      Employee Benefit Plan

///

1 | Dated: 9/26/2008        SHEPPARD MULLIN, RICHTER & HAMPTON
2
3 | s/Philip F. Atkins-Pattenson/s
   | PHILIP F. ATKINS-PATTENSON,
4 | Attorney for DEFENDANT, Clopay Corporation
   | Employee Benefit Plan

# ORDER

IT IS HEREBY ORDERED that the Trial Date consisting of a hearing for judgment on the Administrative Record is changed from January 12, 2009 to January 20, 2009 at 1:30 p.m.

DATED: 10/1/2008

/s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Judge