Jeffrey C. Metzger, Esq.  State Bar No. 96583
LAW OFFICES OF JEFFREY C. METZGER
A Law Corporation
23041 Mill Creek Drive
Laguna Hills, California 92653
JMetzger@metzgerlaw.com
Telephone (949) 454-1196
Facsimile (949) 454-0830
Attorney for Plaintiffs, DANIEL EVANS AND ROBERT EVANS

SHEPPARD MULLIN, RICHTER & HAMPTON LLP
    A Limited Liability Partnership
    Including Professional Corporations
PHILIP F. ATKINS-PATTENSON, Cal. Bar No. 94901
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4109
Telephone: 415-434-9100
Facsimile:  415-434-3947
E-Mail:     patkinspattenso@sheppardmullin.com

THOMPSON HINE LLP
JACK F. FUCHS (*Pro Hac Vice*)
312 Walnut Street, Suite 1400
Cincinnati, OH 45202
Telephone: 513-352-6741
Facsimile:  513-241-4771
E-Mail      Jack.Fuchs@ThompsonHine.com
Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| DANIEL EVANS, ROBERT EVANS, <br><br>          Plaintiffs, <br><br> vs. <br><br> CLOPAY CORPORATION EMPLOYEE BENEFIT PLAN; and DOES 1 thru 10 inclusive, <br><br>          Defendants. | CASE NO.: 2:07-CV-01580-JAM-DAD <br><br> STIPULATION;  ORDER OF DISMISSAL |

STIPULATION; [PROPOSED] ORDER OF DISMISSAL

**1**

IT IS HEREBY STIPULATED by and between the parties through their respective counsel that the above action is hereby settled and may be dismissed with prejudice. Each side to bear its own fees and costs.

IT IS SO STIPULATED.

Dated: December 10, 2008          LAW OFFICES OF JEFFREY C. METZGER
                                  A Law Corporation


                                  By: s/Jeffrey C. Metzger/s
                                  JEFFREY C. METZGER, Esq.
                                  Attorney for Plaintiffs, ROBERT EVANS AND
                                  DANIEL EVANS


Dated: December 10, 2008          THOMPSON HINE


                                  s/Jack F. Fuchs, Esq./s
                                  JACK F. FUCHS, Esq.
                                  Attorney for DEFENDANT, Clopay Corporation
                                  Employee Benefit Plan


Dated: December 10, 2008          SHEPPARD MULLIN, RICHTER & HAMPTON


                                  s /Philip F. Atkins-Pattenson/s
                                  PHILIP F. ATKINS-PATTENSON,
                                  Attorney for DEFENDANT, Clopay Corporation
                                  Employee Benefit Plan

STIPULATION; [PROPOSED] ORDER OF DISMISSAL

ORDER

IT IS ORDERED that the above-entitled action be dismissed with prejudice.

DATED: 12/11/2008

/s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE

STIPULATION; [PROPOSED] ORDER OF DISMISSAL
3